No. D–2721. IN RE DISBARMENT OF FORD. Disbarment entered. [For earlier order herein, see *ante*, p. 1054.]

No. 11M59. EL FALESTENY *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. Motion for leave to file renewed motion under seal granted. Renewed motion for leave to file petition for writ of certiorari under seal granted. JUSTICE KAGAN took no part in the consideration or decision of these motions.

No. 11M83. CARR *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL.;
No. 11M84. MUHAMMAD *v.* BETHEL ET AL.;
No. 11M85. HYNOSKI *v.* HARMSTON ET AL.; and
No. 11M86. CASTLEBERRY *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 140, Orig. LOUISIANA ET AL. *v.* BRYSON, SECRETARY OF COMMERCE, ET AL. Motion for leave to file bill of complaint denied.

No. 11–7344. FAISON *v.* WEAVER ET AL. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1153] denied.

No. 11–8253. FURDA *v.* MARYLAND. Ct. App. Md.;
No. 11–8254. GLASER *v.* ENZO BIOCHEM, INC., ET AL. C. A. 4th Cir.;
No. 11–8318. CLEMENTE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept.;
No. 11–8347. BAKARR *v.* HOLDER, ATTORNEY GENERAL. C. A. 4th Cir.;
No. 11–8636. LOYOLA *v.* DONAHOE, POSTMASTER GENERAL. C. A. 9th Cir.; and
No. 11–8863. GRAHAM *v.* UNITED STATES. C. A. 9th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until April 9, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–8759. IN RE JONES. Petition for writ of mandamus denied.